IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Realtime Data LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>Array Networks Inc., et al.,<br><br>                    Defendant. | Civil Action No. 17-0800-CFC<br>CONSOLIDATED |

## ORDER

At Wilmington this Fourth day of May in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that:

1. In Civil Action Number 17-1635, Fortinet, Inc.'s "Defendant's Motion to Dismiss" (D.I. 11) is **GRANTED IN PART**. The motion is **GRANTED** to the extent that it is based on the asserted patents claiming ineligible subject matter. The remainder of the motion is **DENIED AS MOOT**.

2. In Civil Action Number 17-1676, Defendant Reduxio Systems Inc.'s "Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (D.I. 9) is **GRANTED**;

3. In Civil Action Number 18-1200, "Panzura's Motion to Dismiss Plaintiff's Complaint and Joinder in Western Digital's and Project Taurus's Motions to Dismiss" (18-1200, D.I. 21) is **GRANTED**;

4. In Civil Action Number 18-2062, "Defendant Aryaka Networks, Inc.'s Motion to Dismiss" (D.I. 15) is **GRANTED IN PART**. The motion is **GRANTED** to the extent that it is based on the asserted patents claiming ineligible subject matter. The remainder of the motion is **DENIED AS MOOT**.

5. In Civil Action Number 119-0350, "Kaminario, Inc's Motion to Dismiss for Failure to State a Claim" (D.I. 23) is **GRANTED.**

6. U.S. Patent Nos. 7,415,530, 8,717,203, 8,933,825, 9,054,728, 9,116,908, 9,667,751, and 10,019458 are **INVALID.**

7. Plaintiff is **GRANTED** leave to file amended complaints in the consolidated actions within 14 days of entry of this order.

_____
UNITED STATES DISTRICT JUDGE