IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>ARRAY NETWORKS INC., et al.,<br><br>Defendants. | C.A. No. 17-800 (CFC)<br>CONSOLIDATED |
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRA LOGIC CORPORATION,<br><br>Defendant. | C.A. No. 17-925-CFC<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS

WHEREAS, on May 18, 2021, Plaintiff filed First Amended Complaints against each of Defendants Array Networks, Inc, Nimbus Data, Inc., MongoDB Inc., Egnyte, Inc., Panzura, Inc., Quest Software, Inc., Open Text, Inc., Reduxio Systems, Inc., Fortinet, Inc. and Spectra Logic (C.A. No. 17-800, D.I. 43, 45, 46, 47, 48, 50, 51, 53, 54; C.A. No. 17-925, D.I. 61), and Second Amended Complaints against each of Defendants Kaminario, Inc., CTERA Networks, LTD, and Aryaka Networks, Inc. (C.A. No. 17-800, D.I. 44, 49, 52);

WHEREAS, on May 27, 2021, the Court entered the parties' stipulation to extend the deadline for Defendants to answer, move, or otherwise respond to the amended complaints to June 29, 2021 (C.A. No. 17-800, D.I. 70; C.A. No. 17-925, D.I. 63);

WHEREAS, Defendants intend to file motions to dismiss concerning Plaintiff's amended complaints, including renewed motions to dismiss on Section 101 grounds;

WHEREAS, the parties agree that, with respect to any motions to dismiss on Section 101 grounds, efficiencies are gained if the parties submit a single, omnibus motion to dismiss and associated opening, answering, and reply briefs that address each of the patents-in-suit in this consolidated action; and

WHEREAS the parties agree that expansion of the word-count limits for briefing related to defendants' omnibus motion to dismiss on Section 101 grounds will help facilitate the parties' ability to address all issues concerning Section 101 across the amended complaints in this consolidated action;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that defendants shall file any motions to dismiss on Section 101 grounds in a single, omnibus motion and briefing, and that the word-count limits for briefing on Defendants' omnibus motion to dismiss on Section 101 grounds shall be extended as follows:

| § 101 Brief | Word Count |
|---|---|
| Defendants' Opening Brief | 8,750 words |
| Plaintiff's Opposition Brief | 8,750 words |
| Defendants' Reply Brief | 5,000 words |

This stipulation does not apply to any motion to dismiss a defendant may file on grounds other than Section 101, which may be filed separately by that defendant.

BAYARD, P.A.

/s/ *Stephen B. Brauerman*

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff Realtime Data LLC d/b/a IXO*

OF COUNSEL:

Marc A Fenster
Reza Mirzaie
Paul A. Kroeger
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
(310) 826-7474

BUCHANAN INGERSOLL & ROONEY PC

/s/ *Geoffrey Grivner*

Geoffrey Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, DE 19801
(302) 552-4207
geoffrey.grivner@pibc.com

OF COUNSEL:

S. Lloyd Smith
James T. Wilcox
BUCHANAN INGERSOLL & ROONEY PC

3

| | |
|---|---|
| 1737 King Street, Suite 500<br>Alexandria, VA 22314-2727<br>(703) 838-6514 | *Attorneys for Defendant Array Networks, Inc.* |
| | MORRIS JAMES LLP |
| | */s/ Kenneth L. Dorsey* |
| OF COUNSEL:<br><br>Joshua M. Masur<br>ZUBER LAWLER LLP<br>2000 Broadway Street, Suite 154<br>Redwood City, CA 94063<br>(650) 434-8538 | Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com |
| | *Attorneys Defendant Aryaka Networks, Inc.* |
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| OF COUNSEL:<br><br>Guy Yonay<br>PEARL COHEN ZEDEK LATZER<br>BARATZ LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(646) 878-0800 | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| | *Attorney for Ctera Networks, Ltd. and Reduxio Systems, Inc.* |
| | FISHER BROYLES LLP |
| | */s/ Carl D. Neff* |
| OF COUNSEL:<br><br>Ryan T. Beard<br>FISHER BROYLES LLP | Carl D. Neff (#4895)<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803 |

4

| | |
|---|---|
| 100 Congress Avenue, Suite 2000<br>Austin, TX 78701<br>(866) 211-5914 | (302) 482-4244<br>carl.neff@fisherbroyles.com<br><br>*Attorneys for Defendant Egnyte, Inc.*<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brian P. Egan* |
| OF COUNSEL:<br><br>John (Jay) Neukom<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>  FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>(650) 470-4500<br>Douglas R. Nemec<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>(212) 735-3000 | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br><br>*Attorneys for Defendant Fortinet, Inc.* |
| | RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Kelly E. Farnan* |
| OF COUNSEL:<br><br>Richard G. Frenkel<br>Lisa K. Nguyen<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600 | Kelly E. Farnan (#4395)<br>Renée M. Delcollo (#6442)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>delcollo@rlf.com<br><br>*Attorneys for Defendant Kaminario, Inc.* |

5

| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| OF COUNSEL: | /s/ *Robert M. Vrana* |
| Hilary L. Preston<br>VINSON & ELKINS LLP<br>1114 6th Avenue, 32nd Floor<br>New York, NY 10036<br>(212) 237-0000 | Rolin P. Bissell (#4478)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>rbissell@ycst.com<br>rvrana@ycst.com |
| Parker D. Hancock<br>VINSON & ELKINS LLP<br>1001 Fannin Street, Suite 2500<br>Houston, TX 77006<br>(713) 758-2222 | *Attorneys for Defendant MongoDB Inc.* |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ *Robert M. Vrana* |
| | Adam W. Poff (#3990)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>rvrana@ycst.com |
| | *Attorneys for Defendant Nimbus Data, Inc.* |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | /s/ *Bindu A. Palapura* |
| Timothy Carroll<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900 | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Alan R. Silverstein (#5066)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street |

| | |
|---|---|
| Chicago, IL 60606-6361<br>(312) 876-8000<br><br>Manny J. Caixeiro<br>Katherine R. McMorrow<br>Laura Wytsma<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>(213) 623-9300<br><br>Elizabeth M. Manno<br>DENTONS US LLP<br>1400 Wewatta, Street Suite 700<br>Denver, CO 80202<br>(303) 634 4000<br><br>Steve Sprinkle<br>Scott Crocker<br>SPRINKLE IP LAW GROUP<br>1301 West 25th Street, Suite 408<br>Austin, TX 78705<br>(512) 637-9220<br><br><br><br>OF COUNSEL:<br><br>Brian E. Mitchell<br>MITCHELL & COMPANY<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>(415) 766-3515 | Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>asilverstein@potteranderson.com<br><br>*Attorneys for Defendant Open Text, Inc.*<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br><br>*Attorneys for Defendant Panzura, Inc.* |

7

|  |  |
|---|---|
| | K & L GATES LLP |
| OF COUNSEL: | /s/ Steven L. Caponi |
| Theodore J. Angelis<br>Elizabeth J. Weiskopf<br>Nicholas F. Lenning<br>K & L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>(206) 623-7580 | Steven L. Caponi (#3484)<br>Matthew B. Goeller (#6283)<br>600 North King Street, Suite 901<br>Wilmington, DE 19801<br>(302) 416-7080<br>steven.caponi@klgates.com<br>matthew.goeller@klgates.com<br><br>*Attorneys for Defendant Quest Software Inc.* |
| | POTTER ANDERSON & CORROON LLP |
| | /s/ Bindu A. Palapura |
| OF COUNSEL:<br><br>Robert E. Purcell<br>THE LAW OFFICE OF<br>  ROBERT E. PURCELL, PLLC<br>211 West Jefferson Street<br>Suite 24<br>Syracuse, NY 13202<br>(315) 671-0710 | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Defendant Spectra Logic Corporation* |

June 10, 2021

**SO ORDERED** this 14th day of June 2021.

_____
UNITED STATES DISTRICT JUDGE

8