# United States Court of Appeals for the Federal Circuit

_____

**REALTIME DATA LLC, DBA IXO,**
*Plaintiff-Appellant*

v.

**ARRAY NETWORKS INC., NIMBUS DATA, INC.,**
*Defendants*

**FORTINET, INC., REDUXIO SYSTEMS, INC., QUEST SOFTWARE, INC., CTERA NETWORKS, LTD., ARYAKA NETWORKS, INC., OPEN TEXT, INC., MONGODB INC., EGNYTE, INC., PANZURA, INC.,**
*Defendants-Appellees*

_____

2021-2251

_____

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00800-CFC, Chief Judge Colm F. Connolly.

-------------------------------------------

**REALTIME DATA LLC, DBA IXO,**
*Plaintiff-Appellant*

v.

**SPECTRA LOGIC CORPORATION,**
*Defendant-Appellee*

_____

2021-2291

_____

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00925-CFC, Chief Judge Colm F. Connolly.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered August 2, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 8, 2023      /s/ Jarrett B. Perlow
Date      Jarrett B. Perlow
     Clerk of Court