# United States Court of Appeals for the Federal Circuit

———————

**REALTIME DATA LLC, DBA IXO,**
*Plaintiff-Appellant*

v.

**ARRAY NETWORKS INC., NIMBUS DATA, INC.,**
*Defendants*

**FORTINET, INC., REDUXIO SYSTEMS, INC., QUEST SOFTWARE, INC., CTERA NETWORKS, LTD., ARYAKA NETWORKS, INC., OPEN TEXT, INC., MONGODB INC., EGNYTE, INC., PANZURA, INC.,**
*Defendants-Appellees*

———————

2021-2251

———————

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00800-CFC, Chief Judge Colm F. Connolly.

-----------------------------------------------

**REALTIME DATA LLC, DBA IXO,**
*Plaintiff-Appellant*

v.

# SPECTRA LOGIC CORPORATION,
*Defendant-Appellee*

---

2021-2291

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00925-CFC, Chief Judge Colm F. Connolly.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

August 2, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court